# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00404-CV

**John Kerr, Appellant**

**v.**

**Foster Communications Company, Inc., Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
NO. C-04-0311-C, HONORABLE TOM GOSSETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant John Kerr has filed a motion to dismiss his appeal. Appellant's motion is granted and the appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: August 19, 2005